◼ In the Matter of PETER LANDAU, an Attorney. — Motion to set aside respondent's suspension denied and prompt hearing directed as indicated in the order of this court. Concur — Murphy, P.J., Sandler, Sullivan, Ross and Fein, JJ.